# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 13-1665-DTB**                                   Date: **December 12, 2014**

Title:  **Jon Nelson v. City of Riverside, et al.**
================================================================
**DOCKET ENTRY**
================================================================
PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Dana Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:            ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                              None present

**PROCEEDINGS:**        **ORDER TO SHOW CAUSE RE: SANCTIONS (IN CHAMBERS)**

Pursuant to Central District of California, Local Rule 16-4 and the Court's June 30, 2014 Civil Trial Scheduling Order, each party was required to serve and file a Memorandum of Contentions of Fact and Law not later than twenty-one (21) days prior to the Final Pretrial Conference.  At the same time, each party also was required to serve and file a witness list containing the information required by Fed. R. Civ. P. 26(a)(3)(A).  Central District of California, Local Rule 16-5; see also June 30, 2014 Civil Trial Scheduling Order at 5.  The Final Pretrial Conference is scheduled for December 29, 2014 (see Dkt. No. 43), and as such, the parties' filings were due on December 8, 2014.  Plaintiff did not file a Memorandum of Contentions of Fact and Law until December 12, 2014 and still has not filed a witness list.  Under Fed. R. Civ. P. 16(f), the Court may issue any just orders, including those authorized in Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii) if a party or his attorney fails to obey a scheduling or other pretrial order.  Additionally, the Court has the authority to dismiss a litigant's action for failure to prosecute, failure to comply with court orders, or failure to comply with the local rules.  Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  Accordingly, within five (5) days of this Order, plaintiff is ORDERED to show cause in writing why the Court should not impose a sanction, up to, and including dismissal of this action.

MINUTES FORM 11                                                                Initials of Deputy Clerk DC
CIVIL-GEN